F-24(Revised 12.26 2014)

HABEAS CORPUS BY A PERSON IN STATE CUSTODY
SEEKING REVIEW OF PRISON DISCIPLINARY SANCTIONS
PETITION UNDER 28 USC § 2254 FOR WRIT OF

FILED
1:33 pm, Jul 14, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

| United States District Court | District | Southern District of Indiana |
|---|---|---|

| Name: Jarred Parton | Prisoner No. 252624 | Case No. WVD 20-04-0061 |
|---|---|---|

Place of Confinement:

2:20-cv-361-JPH-DLP

Wabash Valley Correctional Facility (CCU Q408)

Name of Petitioner (include name under which convicted)     Name of Respondent (Superintendent/Warden having custody of petitioner)

Jarred A. M Parton v. Superintendent

The Attorney General of the State of Indiana

# PETITION

1. Name and location of Prison Disciplinary Body, which determined guilt of conviction under attack:

   Wabash Valley Correctional Facility

2. Date of Guilt determination: 4-28-20

3. Sanction(s) imposed: DRH - 3 months - actually 92 days
   45 days of earned credit time deprivation

4. Nature of rule infractions involved (all counts): Threatening

5. What was your plea? (Check one)

   (a) Not guilty       ☒

   (b) Guilty           ☐

   (c) Nolo Contendre   ☐

6. If you plead not guilty, what kind of Disciplinary Hearing did you have? (Check One)

   (a) Screening Officer Hearing ☐

   (b) Full Hearing              ☒

   (c) Other                     ☐

7. Did you testify at your disciplinary hearing?

   Yes ☒   No ☐

8. Did you appeal from the guilty determination and imposition of sanction(s)?

   Yes ☒   No ☐

9. If you did appeal, answer the following:

   (a) Name and Title of Institutional Reviewing Authority: Superintendent

   (b) Result of Appeal: Denied

   (c) Date of Result: _____

   (d) Grounds Raised: Due process, my Hearing ofc wasn't an Impartial Decision maker, He never read my witness statements and He already had me a Bed ready in CCU before the Hearing even started and the reporting ofc made a Comment and I quote " Offender Parton was Attempting to Intimidate/Threaten staff" I wasn't wrote up for Attempting

   (e) If you sought further review of the decision on appeal by a higher Reviewing Authority, please answer the following:

      (1) Name and Title of Higher Reviewing Authority: AnnA Levitt

      (2) Result of Higher Appeal: Denied

      (3) Date of Result: _____

      (4) Grounds Raised: Same

10. Other than the administrative appeals from the judgment of conviction and sanction(s), have you previously filed any petitions, applications, or motions with respect to this Disciplinary Finding in any Court, State or Federal?

    Yes ☐   No ☒

11. If your answer to 10 was "Yes", give the following information:
    (a) (1) Name of court: _____

    (2) Nature of Proceeding: _____

    (3) Grounds Raised: _____
    _____
    _____
    _____
    _____

    (4) Did you receive an evidentiary hearing on your petition, motion or application?

    Yes ☐   No ☐

    (5) Result:

    (6) Date of Result:

    (b) Did you appeal to the highest State Court having jurisdiction over the result of action taken on any petition, motion or application?

    Yes ☐   No ☐

12. State *concisely* every ground on which you claim that you were unconstitutionally deprived of credit time or subjected to unconstitutional disciplinary punishment. Summarize *briefly* the *facts* supporting each ground. *If necessary, you may attach pages stating additional grounds and facts supporting same.*

    **CAUTION**: In order to proceed in federal court, you must first exhaust all available administrative appellate remedies as to each ground on which you request relief from federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. It is suggested that you read *Markham v Clark*, 978 F.2d 993 (7th Cir. 1992) prior to filing this petition.

    (A) GROUND ONE: Due process violation; insufficient evidence and the Hearing officer failed to be Impartial

    SUPPORTING FACTS (STATE BRIEFLY WITHOUT CITING CASES OR LAW): There no evidence from the conduct report or witness statements saying I threatned Sgt Vaughn. Threatning is the only offense Sgt Vaughn stated in the (offense) of the conduct report. The Hearing ofc never Discussed my witness statements and they already had a Bed for me in CCU (seg) Before my Hearing.

3

(B) GROUND TWO: Due process

SUPPORTING FACTS (STATE BRIEFLY WITHOUT CITING CASES OR LAW): Sgt Vaughns Conduct report, stated that the offense was threatening. And his last statement on the CR said "Offender Parton Attempted to Intimidate/Threaten Staff in his Duties. His statement Admits that He Didn't Feel threatened or Intimidated by my statements and Attempting to commit a Burnt up is a Totally seperate write up.

(C) GROUND THREE: _____

SUPPORTING FACTS (STATE BRIEFLY WITHOUT CITING CASES OR LAW): _____

13. If any of the grounds listed in 12 A, B, and C were not previously presented in your administrative appeal, state briefly what grounds were not presented and give your reasons for not presenting them at the administrative level:

I never mentioned the Hearing OIC never Discussed my witness statements. I wrote my Appeal in a hurry and Im not sure why Im just now bringing it up. it was a lack of Judgment.

4

14. Do you have any petition, motion, application or appeal now pending in any court or administrative Hearing Body, either state or federal, as to the Disciplinary Action under attack?

    Yes ☐  No ☒

15. Give the name, title, and/or DOC numbers, if known, of each offender, or any staff / inmate lay advocates, who represented you in the following stages of the disciplinary proceedings of the judgment under attack herein:

    (a) At disciplinary hearing: _Hector Ortiz (inmate) lay advocates._

    (b) At Institutional Level Appeal: _____

    (c) At IDOC Level Appeal: _____


WHEREFORE, Petitioner prays that the Court grant Petitioner the following relief to which he may be entitled in this proceeding. As well as any other relief to which the Petitioner is entitled under law.

_____
Signature of Petitioner

I declare under penalty of perjury that the foregoing is true and correct. Executed on:  7-8-20
                                                                                          Date
                                                                                          [Month / Day / Year]

_____
Signature of Petitioner

5