UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JARRED A.M. PARTON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:20-cv-00361-JPH-DLP |
| SUPERINTENDENT, | ) ) ) |
| Respondent. | ) ) |

## FINAL JUDGMENT

The Court having this day made its Order directing the entry of final judgment, now enters FINAL JUDGMENT against the petitioner and for the respondent. The petition for a writ of habeas corpus challenging prison disciplinary case number WVD 20-04-0061 is denied and this action dismissed with prejudice.

Date: 5/19/2021

ROGER A.G. SHARPE, Clerk of Court

By: _____
Deputy Clerk

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JARRED A.M. PARTON
252624
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only

Natalie Faye Weiss
INDIANA ATTORNEY GENERAL
natalie.weiss@atg.in.gov